CLERK'S OFFICE
UNITED STATES DISTRICT COURT
201 SOUTH EVANS STREET, ROOM 209
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE, NORTH CAROLINA 27858

OFFICIAL BUSINESS

RALEIGH
NC 275
22 JUL '17
PM 2 L



02 1P    $ 000.46⁰
0000825935    JUL 21 2017
MAILED FROM ZIP CODE 27858

RECEIVED
AUG -9 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Joyce Loney
4956 Long Beach Rd. SE
Southport, NC 28461

NIXIE        276    5E 1700        0008/05/17
                RETURN TO SENDER
                INSUFFICIENT ADDRESS
                UNABLE TO FORWARD

        IA        BC: 27858113859    *0780-02659-22-41
27858>1138

Case 7:17-mc-00008-KS   Document 5   Filed 08/09/17   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-MC-8-KS

| | |
|---|---|
| JOYCE LONEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JAMES DIMON, JP CHASE MORGAN, )<br>EQUIFAX INFORMATION SERVICES )<br>LLC, EXPERIAN INFORMATION )<br>SOLUTIONS INC., and TRANSUNION )<br>LLC, )<br>)<br>Defendants. | ORDER |

On July 19, 2017, Plaintiff filed a complaint [DE #1], which suffers from several deficiencies: (1) Plaintiff failed to pay the initial filing fee or, alternatively, file an application to proceed in forma pauperis; (2) Plaintiff failed to submit a completed civil cover sheet; (3) Plaintiff failed to submit the disclosure of corporate affiliations statement; (4) Plaintiff failed to submit a completed and signed notice of self-representation; and (5) Plaintiff failed to submit for issuance by the clerk proposed summonses on the proper form.

**Plaintiff is ORDERED to cure the deficiencies noted herein by filing the following items with the court by August 21, 2017:**

    (1) a properly completed application to proceed in forma pauperis or the $400 civil filing fee;

    (2) a properly completed civil cover sheet;

    (3) a properly completed disclosure of corporate affiliations statement;

(4) a properly completed notice of self-representation, if she intends to represent herself; and

(5) properly completed summonses for each of the named defendants.

**Plaintiff is warned that failure to comply with this order may result in this case being closed without further action.**

Inasmuch as the clerk has recently provided Plaintiff with a copy of the court's pro se complaint packet in connection with another matter filed by Plaintiff, *see Loney v. Equifax Information Services LLC*, No. 7:17-MC-6-KS (E.D.N.C. July 11, 2017), the clerk need not do so on this occasion. Should Plaintiff need an additional copy of the pro se packet, she may request one from the clerk's office.

This 21st day of July 2017.

                                      KIMBERLY A. SWANK
                                      United States Magistrate Judge

*I certify the foregoing to be a true and correct [copy of] the original.*
*Moore, Jr., Clerk*
*[United] States District Court*
*[Eastern] District of North Carolina*
*Deputy Clerk*